*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

  **INDUSTRIAL FABRICATION**    Case No. 3:18-bk-30530 SHB
  **& REPAIR, INC.**          Chapter 11

  Debtor.

## NOTICE OF APEARANCE AND REQUEST FOR NOTICES

 **COMES NOW** Michael H. Fitzpatrick, co-counsel for the debtor and gives his notice of appearance for Industrial Fabrication & Repair, Inc. and requests he be added to the list for ECF and other notices in this case.

           Respectfully submitted,

           */s/ Michael H. Fitzpatrick*
           Michael H. Fitzpatrick, Esquire
           BPR No. 006033
           Attorney for Debtor
           **Quist, Fitzpatrick & Jarrard PLLC**
           2121 First Tennessee Plaza
           800 South Gay Street
           Knoxville, TN 37929-9711
           (865) 524-1873 ext. 226
           mhf@qcflaw.com

## CERTIFICATE OF SERVICE

 I hereby certify that on this March 20, 2018, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system and also on the creditors listed below.

Parties on the attached index.

           /s/ **Michael H. Fitzpatrick**
           Attorney