**The amended motion is granted.  The word "amended" in the title of this order is stricken.**



**SO ORDERED.**
**SIGNED this 19th day of April, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**INDUSTRIAL FABRICATION & REPAIR, INC.,**    Case No. 3:18-30530-SHB
Chapter 11

Debtor & Debtor in Possession.

### AMENDED ORDER

Following a Motion of the Debtor and a hearing on April 18, 2018, it is hereby ordered that the Debtor is authorized, but not directed, to pay in the ordinary course of its business, as and when due, the claims of the Critical Vendors identified in Exhibit A to this order. The Critical Vendors shall continue to provide the Debtor with the same services, upon the same

terms, as they provided prior to the Petition Date, upon payment of their claims. In the event the critical vendor fails or refuses to ship/provide goods or services to the Debtor post-petition, any amounts paid to the respective critical vendor(s) for pre-petition invoices pursuant to the terms of this Order shall be subject to disgorgement or setoff. To the extent that there has been a material adverse change in the Debtor's financial condition, any such critical vendor(s) may move this Court for relief from the obligation to ship/provide additional goods or services. Any pre-petition amounts paid pursuant to this Order that are subsequently disgorged or setoff will be reinstated as part of the respective critical vendor(s) unsecured claim. Furthermore, all post-petition payments made to the critical vendor(s) will be applied first to each critical vendor's respective pre-petition invoices.

Counsel for the Debtor is hereby ordered to serve a copy of this order upon each vendor listed in Exhibit A.

###

**APPROVED:**

Respectfully submitted,

*/s/ Ryan E. Jarrard*
Michael H. Fitzpatrick, Esquire
BPR No. 006033
Ryan E. Jarrard, Esquire
BPR No. 024525
Attorneys for Debtor
**Quist, Fitzpatrick & Jarrard PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
mhf@qcflaw.com
rej@qcflaw.com

EXHIBIT A:

| Vendor | Address | Amount Owed |
|---|---|---|
| Copelands | P.O. Box 787<br>Ooltewah, TN 37363 | $1,566.31 |
| Laser Precise | 1623 Third Creek Rd.<br>Knoxville, TN 37921 | $4,662.44 |
| LPM Metals | P.O. Box 599<br>Loyall, KY 40854 | $10,375.00 |
| Metal-Tech | 355 Oliver Cromwell Dr.<br>Newport, TN 37821 | $2,600.57 |
| Gravity Networks | P.O. Box 24086<br>Knoxville, TN 37933 | $1,042.64 |