*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**INDUSTRIAL FABRICATION & REPAIR, INC.,**   Case No. 3:18-bk-30530-SHB
Chapter 11

Debtor & Debtor in Possession.

<u>RYAN E. JARRARD AND THE FIRM OF QUIST, FITZPATRICK & JARRARD, PLLC
ATTORNEYS FOR THE DEBTOR
APPLICATION FOR ALLOWANCE OF FIRST INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES</u>

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Notice is hereby given that:**

**Pursuant to E. D. Tenn. LBR 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of the court at United States Bankruptcy Court Howard H. Baker, Jr. U.S. Courthouse, 800 Market Street, Suite 330, Knoxville, TN 37902, an objection within <u>21 days</u> from the date this paper was filed and serve a copy on the movants' attorney, Ryan E. Jarrard, Esquire, Quist, Fitzpatrick & Jarrard, PLLC, 2121 First Tennessee Plaza, Knoxville, TN 37929-9711, or rej@qcflaw.com. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Come now Ryan E. Jarrard and the firm of QUIST, FITZPATRICK & JARRARD, PLLC, attorneys for the Debtor, and move the Court pursuant to 11 U.S.C. §328 and 331, and Fed. R. Bankr. P. 2016 and 2002(i) for an Order allowing <u>first</u> interim compensation in the amount of **$13,431.25** and reimbursement of expenses in the amount of **$0.00** as follows:

1. This case was commenced by a voluntary petition under Chapter 11 on February 27, 2018. The Debtor served as debtor in possession.

2. Movants were allowed to serve as attorneys for the Debtor pursuant to Order of the Court entered <u>March 21, 2018</u> [Doc. 46] *nunc pro tunc* to February 27, 2018.

3. The compensation sought herein is for services rendered on behalf of the Debtor for all legal needs of the estate as reflected in the attached billing statement from <u>February 28, 2018</u> through <u>April 24, 2018</u>.

4. Movants have previously not requested compensation or expenses. Movants received a $22,000.00 pre-petition retainer with a balance on the date of the petition of $17,070.75 and a current balance of $17,070.75.

5. Payment is to be made partially from the retainer and partially from estate assets. Movant requests to pay $7,070.75 from the funds held in retainer, with the remaining $6,360.50 to be paid from estate assets. All compensation is subject to approval of Court. There are no caps or limitations on fees or other charges except as stated herein. There has been no change in the rates charged in this case. No post-petition retainer was received by the applicants.

6. Movants have not previously requested compensation.

7. The project(s) for which fees and expenses are requested is all legal services needs of the estate. The projects(s) are not complete and are ongoing.

8.    Applicants attach hereto and incorporate herein by reference a statement of the fees and expenses requested for which reimbursement is sought. The billing rates for all time entries are summarized in the statement, including the billing rate.

WHEREFORE, **RYAN E. JARRARD** and the firm of **QUIST, FITZPATRICK & JARRARD, PLLC**, move for first interim compensation in the amount of **$13,431.25** and reimbursement of expenses in the amount of **$0.00.**

          Respectfully submitted,

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
Tennessee Bar No. 024525
**Quist, Fitzpatrick & Jarrard, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
(865) 524-1873
rej@qcflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Application of **Ryan E. Jarrard and the firm of Quist, Fitzpatrick & Jarrard, PLLC,** attorneys for the Debtor for allowance of compensation and reimbursement of expenses together with the associated statement and Order Allowing Compensation have been served upon the following by placing a copy thereof, first class postage prepaid, in the U.S. Mail as indicated on the attached index or will be served electronically on the entities specified in the Notice of Electronic Filing to be issued by the electronic case filing system this the May 8, 2018.

United States Trustee
VIA ECF

U.S. Attorney
VIA ECF


All parties on the attached mailing index at the indicated address.

          */s/ Ryan E. Jarrard*
          Attorney