**SO ORDERED.**
**SIGNED this 9th day of May, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**INDUSTRIAL FABRICATION & REPAIR, INC.,**     Case No. 3:18-bk-30530-SHB
Chapter 11

Debtor & Debtor in Possession.

### EX PARTE ORDER REDUCING TIME FOR NOTICE AND HEARING ON THE DEBTOR'S MOTIONS

The Debtor moved to reduce the time for notice and hearing on his Motion to Extend the Automatic Stay [Doc. 83]. This relief may be granted ex parte. For good cause shown, the relief requested should is granted as follows:

1.    That the time for notice and hearing on the Debtor's Motion to Extend the Automatic Stay [Doc. 83], is reduced to allow hearing on May 24, 2018 at 10:00am.

###

APPROVED FOR ENTRY:

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR 024525
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
865-524-1873
mhf@qcflaw.com
rej@qcflaw.com