**For the reasons explained at the May 24, 2018 hearing, the motion is denied.**

**THE RELIEF SOUGHT IN THIS ORDER IS DENIED.**
**SIGNED this 24th day of May, 2018**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**INDUSTRIAL FABRICATION & REPAIR, INC.,**          Case No. 3:18-30530-SHB
                                                     Chapter 11

Debtor & Debtor in Possession.

### ORDER

Following a Motion of the Debtor and a hearing on May 24, 2018, it is hereby ordered that the Automatic Stay in place under 11 U.S.C. 362 is hereby extended to Stanley "Mac" Philips as permitted under 11 U.S.C. 105(a).

###

**APPROVED:**

Respectfully submitted,

*/s/ Ryan E. Jarrard*
Michael H. Fitzpatrick, Esquire
BPR No. 006033
Ryan E. Jarrard, Esquire
BPR No. 024525
Attorneys for Debtor
**Quist, Fitzpatrick & Jarrard PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
mhf@qcflaw.com
rej@qcflaw.com

