**SO ORDERED.**
**SIGNED this 7th day of June, 2018**

_/s/ Suzanne H. Bauknight_
**Suzanne H. Bauknight**
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

INDUSTRIAL FABRICATION & REPAIR, INC.

Case No. 3:18-bk-30530-SHB
Chapter 11

Debtor

### O R D E R

On May 8, 2018, Ryan E. Jarrard and the firm of Quist, Fitzpatrick & Jarrard, PLLC filed a First Application for Allowance of Interim Compensation and Reimbursement of Expenses for their representation of Debtor ("Application for Compensation") [Doc. 87], seeking fees in the amount of $13,431.25 for the period of February 28, 2018, through April 24, 2018. Notice and the opportunity for hearing were provided pursuant to Rule 2002(a) of the Federal Rules of Bankruptcy Procedure and E.D. Tenn. LBR 9013-1(h). No objections were filed.

The Court is authorized to award "reasonable compensation for actual, necessary services rendered" pursuant to 11 U.S.C. § 330(a)(1). When making a determination if requested fees are reasonable, the Court considers, *inter alia*, "whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion

of, a case," 11 U.S.C. § 330(a)(3)(C), and compensation is disallowed for "services that were not reasonably likely to benefit the debtor's estate or necessary to the administration of the estate." 11 U.S.C. § 330(a)(4)(A)(ii). On consideration of the statement of legal services attached as Exhibit A, for the reasons set forth herein, the Application for Compensation is GRANTED, and fees are awarded to the extent allowed in accordance with the following determinations.

The Court finds that the following entries are for services that are clerical and non-compensable:

- 02/28/2018    REJ    Receipt and review Notice of Appearance
  Spencer Clift, III                                                                 0.1
- 02/28/2018    REJ    Receipt and review Notice of Appearance
  Robert R. Carl                                                                     0.1
- 03/20/2018    MHF    Receive and review Nelson Fastener case inquiry. Reply and provide a claim form as requested. Receive confirmation of their receipt.                                                            0.2
- 03/22/2018    REJ    Receipt and review Notice Appearance from William F. McCormick, TN dept of revenue                                     0.1
- 03/30/2018    REJ    Pull all claims and supporting documents, prepare shareable dropbox link with Darrell Peterson            0.1

Fees totaling $135.00 ($80.00 representing 0.4 of an hour billed by Mr. Jarrard at his $200.00 hourly rate and $55.00 representing 0.2 of an hour billed by Mr. Fitzpatrick at his $275.00 hourly rate) are disallowed and shall be deducted from the requested $13,431.25.

The Court, accordingly, directs the following:

1. Quist, Fitzpatrick & Jarrard, PLLC is awarded interim compensation in the amount of $13,296.25.

2. Of the total compensation allowed, $7,070.75 may be paid from retainer funds held by Quist, Fitzpatrick & Jarrard, PLLC in its trust account, and the remaining $6,225.50 may be paid from estate assets.

###