*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **INDUSTRIAL FABRICATION & REPAIR, INC.,**  Case No. 3:18-bk-30530-SHB
                                                Chapter 11

                            Debtor & Debtor in Possession.

### **ORDER ALLOWING MORE TIME**

Upon the Motion of the debtors for an additional 180 days to exclusively file a disclosure statement and plan pursuant to 11 U.S.C. § 1121 in this case the Court is of the opinion that the debtors shall have up to and including December 23, 2018 to file the disclosure statement and plan in their case.

The debtors are also granted a 180 day extension of the date by which their plan must be accepted.

                                                      ###

APPROVED FOR ENTRY:

*/s/ Ryan E. Jarrard*
Michael H. Fitzpatrick, Esquire
BPR No. 006033
Ryan E. Jarrard, Esquire
BPR No. 024525
Attorneys for Debtor
**Quist, Fitzpatrick & Jarrard PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
mhf@qcflaw.com
rej@qcflaw.com