**SO ORDERED.**
**SIGNED this 23rd day of July, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**INDUSTRIAL FABRICATION & REPAIR, INC.,**   Case No. 3:18-bk-30530-SHB
Chapter 11

Debtor & Debtor in Possession.

### ORDER ALLOWING MORE TIME

Upon the Motion of the debtors for an additional 90 days to exclusively file a disclosure statement and plan pursuant to 11 U.S.C. § 1121 in this case the Court is of the opinion that the debtors shall have up to and including October 17, 2018 to file the disclosure statement and plan in their case.

The debtors are also granted a 90 day extension of the date by which their plan must be accepted.

###

APPROVED FOR ENTRY:

*/s/ Ryan E. Jarrard*
Michael H. Fitzpatrick, Esquire
BPR No. 006033
Ryan E. Jarrard, Esquire
BPR No. 024525
Attorneys for Debtor
**Quist, Fitzpatrick & Jarrard PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
mhf@qcflaw.com
rej@qcflaw.com