**The application is granted; however, within five days, movant must file an amended certificate of service that includes the list of creditors served.**

**SO ORDERED.**
**SIGNED this 18th day of March, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**INDUSTRIAL FABRICATION & REPAIR, INC.,**   Case No. 3:18-bk-30530-SHB
                                              Chapter 11

Debtor & Debtor in Possession.

## ORDER

Upon the application of Industrial Fabrication & Repair, Inc., seeking authority to employ Michael Thomas and his firm as his accountants to represent him with respect to all accounting and financial needs of the estate, and it appearing to the Court that said accountants are duly licensed certified public accountants for the State of Tennessee and is satisfied that said accountants do not hold or represent any interest adverse to the estate, and are disinterested persons within the meaning of 11 U.S.C. §101(14), and that the provisions of Fed. R. Bankr. P. 2014(a) have been satisfied, the application is **GRANTED.**

The Debtor shall be and he hereby is, authorized to employ Michael Thomas and his firm as the estate accountants, under the terms and conditions set forth in their application. The total

compensation to be paid to said accountants shall be determined by the Court upon proper interim applications or final application at the conclusion of the accountants' services.

### 

APPROVED FOR ENTRY:

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR 024525
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
865-524-1873 ext. 226
rej@qcflaw.com