**The motion is granted and the case is dismissed; however, the Court will retain jurisdiction to adjudicate the fee petition of Debtor's counsel to be filed by November 30, 2019.**



**SO ORDERED.**
**SIGNED this 7th day of November, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Industrial Fabrication & Repair, Inc.** | ) | **Case No.: 3:18-bk-30530-SHB** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

## ORDER GRANTING REQUEST OF UNITED STATES TRUSTEE
## TO DISMISS OR CONVERT CASE TO CHAPTER 7

This CASE came before the Court for hearing on November 7, 2019, at 10:00 a.m., upon

the *U.S. Trustee's Certification of Noncompliance and Request for Dismissal and/or Conversion*

*of Case* (the "Request"), following notice to the debtor, all creditors, and parties-in-interest.  It

appearing that good cause exists, pursuant to the *Fifth Order Authorizing Interim Use of Cash*

*Collateral and Granting Adequate Protection* (the "Order") (Doc. No. 165) and pursuant to 11

U.S.C. § 1112(b)(4)(E), (F), and (I) to grant said Request and further that it is in the best interest

of creditors that the case be dismissed; it is hereby

ORDERED that the U.S. Trustee's request to dismiss this case is granted and this case is

hereby DISMISSED.

# # #

APPROVED FOR ENTRY:

PAUL A. RANDOLPH
Acting United States Trustee, Region 8

/s/ *Tiffany A. DiIorio*
Tiffany A. DiIorio
Trial Attorney, Fla. Bar No. 0719706
U.S. Department of Justice
Office of the U.S. Trustee
800 Market Street, Suite 114
Knoxville, TN  37902
Telephone:     (865) 545-4754
Facsimile:     (865) 545-4325
Email:           tiffany.diiorio@usdoj.gov